UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| STEPHEN CHARLES SETTER, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CR420-cr-060 |
| ) | |
| UNITED STATES OF ) | |
| AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Movant Stephen Charles Setter moves under 28 U.S.C. § 2255 to vacate, set aside, or correct his federal sentence.  Doc. 81.  The Court **DIRECTS** the Government to respond within ninety days from the date of this Order.   Rules 4(b), 5(a)-(b), Rules Governing Section 2255 Proceedings.  This Court's Local Rules provide a fourteen-day period to file a reply to the Government's response.  *See* S.D. Ga. L. Civ. R. 7.6. To avoid any confusion, however, Movant is specifically **DIRECTED** to file his reply to the Government's answer, motion, or other response no later

than fourteen days after the Government files its response.  *Cf.* Rule 5(d), Rules Governing Section 2255 Proceedings.

**SO ORDERED,** this 27th day of August, 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA